■ In the Matter of COLE COLEMAN, Appellant, v WALTER J. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed. Memorandum: The Hearing Officer determined that it would jeopardize insti-

tutional safety and correctional goals to transport four inmate witnesses from one correctional facility to another to testify at petitioner's disciplinary hearing; therefore, the Hearing Officer interviewed the witnesses when petitioner was not present. The Hearing Officer's determination had a rational basis and complied with the applicable regulation *(see,* 7 NYCRR 254.5; *People ex rel. Bradley v Smith,* 115 AD2d 225, *lv denied* 67 NY2d 604).

Petitioner was found guilty of four separate assaults upon correctional officers as well as unhygienic conduct, threats upon correctional officers, and the refusal to obey a direct order. In light of petitioner's lengthy institutional record of serious violations of inmate rules, the imposition of a penalty of 720 days' continuous confinement in special housing and loss of good time credits for two years was not so disproportionate as to shock one's sense of fairness *(Matter of Pell v Board of Educ.,* 34 NY2d 222).

Petitioner's remaining claim lacks merit *(Matter of Coleman v Kelly,* 130 AD2d 976, *affd* 72 NY2d 850). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.